1

2  KATTEN MUCHIN ROSENMAN LLP
   Charles M. Stern (State Bar No. 43870)
3  E-mail: charles.stern@kattenlaw.com
   2029 Century Park East, Suite 2600
4  Los Angeles, California 90067-3012
   Telephone: 310-788-4400
5  Facsimile: 310-788-4471

6  Attorneys for defendant FIRST-CITIZENS
   BANK & TRUST COMPANY

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12  WOLF RUN HOLLOW, LLC,           )   Case No. CV10-5877 ODW (JEMx)
                                    )
13              Plaintiff,          )   STIPULATION FOR EXTENSION OF
                                    )   TIME TO RESPOND TO FIRST
14                                  )   AMENDED COMPLAINT
        vs.                         )
15                                  )
                                    )
16  FIRST-CITIZENS BANK & TRUST     )
    COMPANY,                        )
17                                  )
                                    )
18              Defendant           )
                                    )
19                                  )
                                    )
20                                  )
                                    )
21  _____)

22

23      This stipulation is made as a result of the following:

24      A.  On September 29, plaintiff Wolf Run Hollow, LLC filed its First Amended

25  Complaint for Patent Infringement, naming defendant First-Citizens Bank & Trust

26  Company ("First-Citizens") as the sole defendant.

27      B.  First-Citizens has been served with copies of the summons and First

28  Amended Complaint.

STIPULATION FOR EXTENSION  OF TIME TO RESPOND TO FIRST
AMENDED COMPLAINT

1      C.   The parties have begun settlement communications; additional time is

2 needed for First-Citizens, whose relevant offices are located in the State of North

3 Carolina, to assess the prospects for settlement and exhaust settlement possibilities

4 through counsel.

5      D.  The parties have agreed, subject to the Court's approval, to an extension to

6 November 19, 2010 of First-Citizens's time to respond to the First Amended

7 Complaint. No prior extensions have been sought or granted.

8      Accordingly, it is hereby stipulated that, subject to the Court's approval,

9 First-Citizens may have until November 19, 2010 to respond to the First Amended

10 Complaint.

11

12 Dated: October 11, 2010

13

14                      KATTEN MUCHIN ROSENMAN LLP

15

16                      By _____

17                         Charles M. Stern

18                      Attorneys for defendant FIRST-CITIZENS

19                      BANK & TRUST COMPANY

20                      WHITE FIELD, INC.

21

22

23                      By _____

24                         Steven W. Ritcheson

25                      Attorneys for plaintiff WOLF RUN HOLLOW

26                      LLP

27

28

**KattenMuchinRosenman LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax